# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:07CR00118-001 SWW

PRESTON CALHOUN

ORDER

Pending before the Court is the government's motion for leave of Court to dismiss the indictment in the above case.  The Court has determined that the interests of justice will best be served by granting the motion.

IT IS THEREFORE ORDERED that the government's motion be, and it hereby is, granted, and the indictment pending against Preston Calhoun in the above case hereby is dismissed.

DATED this 13th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE